UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas Estabrook

      v.                                Civil No. 11-cv-96-JL

NH State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 8, 2011. Further, The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

      SO ORDERED.

November 7, 2011

                                            Joseph N. Laplante
                                            United States District Judge

cc:     Thomas J. Gleason, Esq.